**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Raymond McArthur BEALL,**
**Defendant–Appellant.**

No. 02–6601.

United States Court of Appeals, Fourth Circuit.

Submitted June 13, 2002.

Decided June 19, 2002.

Raymond McArthur Beall, Appellant Pro Se.

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Raymond McArthur Beall appeals the district court's order denying his motion for review of sentence. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Beall,* No. CR–95–57–F (E.D.N.C. Mar. 19, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*